NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSE A. DEYNES,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7116

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-542, Chief Judge William P. Greene, Jr.

---

## ON MOTION

---

## O R D E R

Jose A. Deynes moves for a 30-day extension of time to pay the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. If the filing fee is not paid within 30 days of the date of this order, the appeal will be dismissed.

(2) Deynes' informal brief (form enclosed) is due within 30 days of the date of filing of this order.

FOR THE COURT

**NOV    3 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Jose A. Deynes (Informal Brief Form enclosed)
     Jeffrey A. Regner, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 3 2010

JAN HORBALY
CLERK